# Court of Appeals
# of the State of Georgia

ATLANTA,  August 14, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0061.  MICHAEL ANTONIO HICKMAN v. THE STATE.**

In August 2010, following a bench trial, Michael Antonio Hickman was found guilty of aggravated assault and attempting to commit hijacking of a motor vehicle, for which he was sentenced, as a recidivist, to twenty years in prison for the aggravated assault count and a consecutive five-year prison term for the criminal attempt count. Hickman's convictions were affirmed on appeal. *Hickman v. State*, 311 Ga. App. 544 (716 SE2d 597) (2011).  In August 2016, Hickman filed a motion to vacate a void sentence, asserting generally that his sentences were beyond what the law allows. The trial court denied the motion,  and Hickman filed this direct appeal.

Under OCGA § 17-10-1 (f), a court may modify a sentence during the year after its imposition or within 120 days after remittitur following a direct appeal, whichever is later. *Frazier v. State*, 302 Ga. App. 346, 348 (691 SE2d 247) (2010).  Once this statutory period expires, a trial court may modify only a void sentence.  Id.  A sentence is void if the court imposes punishment that the law does not allow. *Jones v. State*, 278 Ga. 669, 670 (604 SE2d 483) (2004).  When a sentence falls within the statutory range of punishment, it is not void and is not subject to modification beyond the time provided in § 17-10-1 (f).  See id.  A direct appeal does not lie from the denial of a motion to modify a sentence filed outside the statutory time period unless the motion raises a colorable claim that the sentence is, in fact, void. *Frazier*, 302 Ga. App. at 348.

Here, Hickman has not raised a colorable claim that his sentences are in fact void.  Hickman merely asserts the sentences imposed were not allowed by law without

any supporting argument. However, each of Hickman's sentences to do exceed the statutory maximum sentence. See OCGA § 16-5-21 (a person convicted of aggravated assault may be punished by imprisonment for not more than twenty years); OCGA §§ 16-4-1 and 16-5-44.1 (a person convicted of attempt to commit hijacking of a motor vehicle may be punished by imprisonment of not more than twenty years). Accordingly, Hickman is not entitled to a direct appeal, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __08/14/2018__
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*